DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Defendant Countrywide Home Loans, Inc.*

```
____ FILED      ____ RECEIVED
____ ENTERED    ____ SERVED ON
         COUNSEL/PARTIES OF RECORD

        SEP - 6 2016

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SUET F. WONG,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC.; MCM CAPITAL PARTNERS, LLC,<br>　　　　　　　Defendants. | Case No.: 2:16-cv-01012-JCM-CWH<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY PENDING RULING ON MOTION TO DISMISS**<br><br>**(First Request)** |

　　　Plaintiff Suet F. Wong, defendant Countrywide Home Loans, Inc. (**Countrywide**) and defendant Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC, its Trustee, (**Ventures Trust**) hereby stipulate and agree to stay all discovery pending the Court's ruling on Defendant's Motion to Dismiss, ECF No. 5. Federal district courts have "wide discretion in controlling discovery." *Little v. City of Seattle*, 863 F.2d 681,685 (9th Cir.1988). A district court may stay discovery based on the filing of a motion that is "potential dispositive of the entire case."*Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D.Nev.2011). *Ministerio Roca Solidav. U.S. Dep't of Fish& Wildlife*, 288 F.R.D.500,506 (D.Nev.2013).

…

…

…

…

The pending motion raises purely legal issues that can be resolved without discovery. As such, it is within the court's power to grant a stay of discovery at this time. This is the parties' first request for a stay of discovery, and is not intended to cause any delay or prejudice to any party. A trial date has not yet been set in this case.

DATED August 30, 2016.

| AKERMAN LLP | ZIEVE, BRODNAX & STEELE, LLP |
|---|---|
| /s/ *William S. Habdas* <br> DARREN BRENNER <br> Nevada Bar No. 8386 <br> WILLIAM HABDAS, ESQ. <br> Nevada Bar No. 13138 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys for Defendant Countrywide Home Loans, Inc.* | /s/ *Sherry Moore* <br> BENJAMIN D. PETIPRIN, ESQ. <br> Nevada Bar No. 11681 <br> SHERRY MOORE, ESQ. <br> Nevada Bar No. 11215 <br> 3753 Howard Hughes Parkway, Suite 200 <br> Las Vegas, Nevada 89169 <br><br> *Attorneys for Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC, its Trustee* |
| *Suet F. Wong* <br> SUET F. WONG <br> 5402 Night Swim Lane <br> Las Vegas, NV 89113 <br> (702) 362-7828 <br><br> *Plaintiff pro se* <br> Suet F. Wong <br> 9/6/2016 | |

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

**DATED:** September 9, 2016

{39279329;1}                                    2