# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUET F. WONG,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., et al.,<br><br>        Defendants. | Case No.  2:16-cv-01012-JCM-CWH<br><br>**ORDER** |

On September 9, 2016, the court entered an order staying discovery in this case pending the court's ruling on Defendant Countrywide Home Loans, Inc.'s motion to dismiss (ECF No. 5). (Order (ECF No. 31).)  In the event the motion to dismiss is denied, the parties must meet and confer and file a stipulated discovery plan and proposed scheduling order with 21 days of the date of the order on the motion to dismiss.

IT IS SO ORDERED.

DATED: September 12, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**