UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SUET WONG,

        Plaintiff,

  v.

COUNTRYWIDE HOME LOANS, INC., et al.,

        Defendants.

Case No. 2:16-cv-01012-JCM-CWH

**ORDER**

    Presently before the court is pro se Plaintiff's proposed discovery plan and scheduling order (ECF No. 33), filed on September 15, 2016. Defendants have not filed a response.

    On September 9, 2016, this court entered an order (ECF No. 32) staying discovery in this case until a ruling is issued on the pending motion (ECF No. 5) to dismiss. On September 12, 2016, this court further ordered that in the event that the motion to dismiss is denied, that the parties must then meet and confer to file a stipulated discovery plan and scheduling order. Therefore, until the motion to dismiss has been resolved, the court will not entertain a discovery plan and scheduling order.

    IT IS THEREFORE ORDERED that Plaintiff's proposed discovery plan and scheduling order (ECF No. 33) is DENIED without prejudice.

    DATED: September 20, 2016, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge